UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KEVIN CARTER,**

    *Plaintiff,*

v.                                                  **Case No: 8:23-cv-00751-TPB-JSS**

**EQUIFAX INFORMATION
SERVICES, LLC, et al.,**

    *Defendants.*

_____/

**<u>NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC</u>**

    In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Trans Union LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Trans Union LLC from this case with prejudice.

    Nothing herein affects Plaintiff's claims against Equifax Information Services, LLC.

    Respectfully submitted on May 8, 2023.

                                                     */s/ Bryan J. Geiger*
                                                     Bryan J. Geiger
                                                     Florida Bar Number: 119168
                                                     Seraph Legal, P. A.
                                                     1614 N. 19th St.
                                                     Tampa, FL 33605
                                                     (813) 321-2348
                                                     BGeiger@SeraphLegal.com
                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2023 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Bryan J. Geiger*
Bryan J. Geiger, Esq.
FL Bar # 119168
