UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KEVIN CARTER,**

   *Plaintiff,*

**v.**                                               **Case No: 8:23-cv-00751-TPB-JSS**

**EQUIFAX INFORMATION
SERVICES, LLC, et al.,**

   *Defendants.*

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT
EQUIFAX INFORMATION SERVICES, LLC**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Equifax Information Services, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Equifax Information Services, LLC from this case with prejudice.

Respectfully submitted on May 30, 2023.

                                                         */s/ Bryan J. Geiger*
                                                         Bryan J. Geiger
                                                         Florida Bar Number: 119168
                                                         Seraph Legal, P. A.
                                                         1614 N. 19th St.
                                                         Tampa, FL 33605
                                                         (813) 321-2348
                                                         BGeiger@SeraphLegal.com
                                                         *Counsel for Plaintiff*